JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Estell L. Thomas,<br><br>          Plaintiff,<br>     v.<br><br>Louis Dejoy, Postmaster General, United States Postal Service (Western Area)<br><br>          Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**Stipulation and Order**<br><br>**(First Request)** |

Plaintiff Estell L. Thomas and Defendant Louis Dejoy ("Federal Defendant"), Postmaster General, United States Postal Service, hereby stipulate and agree as follows:

Plaintiff filed her Complaint on March 13, 2023.

Plaintiff served the United States with a copy of the Summons and Complaint on March 21, 2023.

The current deadline for the United States to respond to the Plaintiff's Complaint is on May 22, 2023.

Plaintiff and the Federal Defendant, through undersigned counsel, stipulate and request that the Court approve a 60-day extension of time, from May 22, 2023, to July 21, 2023, for Federal Defendant to file a response to the Complaint, ECF No. 1. This is the first request for an extension of time.

The undersigned AUSA needs this additional time to evaluate the complaint and to gather information from USPS, including all information regarding Plaintiff's EEO proceedings. The undersigned AUSA has been coordinating with agency counsel since late

March when the Federal Defendant learned of this case, however USPS requires additional time to compile information that potentially pertains to this case. Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to **July 21, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 19th day of May 2023.

|  |  |
|---|---|
| *[signature]*<br>ESTELL L. THOMAS<br>P.O. Box 270247<br>Las Vegas, NV 89127-4247<br>*Plaintiff Pro Se* | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

*[signature]*
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 19, 2023