**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Estell L. Thomas, | |
| Plaintiff(s), | 2:23-cv-00397-MMD-EJY |
| v. | **ORDER** |
| Louis DeJoy, Postmaster General, USPS (Western Area), | |
| Defendant(s). | |

Before the court is the motion to reschedule Early Neutral Evaluation (ECF No. 12).

Accordingly,

IT IS HEREBY ORDERED that the motion to reschedule Early Neutral Evaluation (ECF No. 12) is added to the video conference hearing scheduled for 2:00 PM, June 20, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, June 16, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.

- No recording of the hearing.

- No forwarding of any video conference invitations.

- Unauthorized users on the video conference will be removed.

The Clerk of Court is directed to call Estell L. Thomas (702-415-4919) to alert him of this order and to ask him for an email address so this order can be emailed to him.

DATED this 15th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE