ESTELL L. THOMAS
P.O. Box 270247
Las Vegas, NV   89127-4247
Telephone:  (702) 415-4919

Plaintiff, *In Pro Se*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>Plaintiff,<br><br>v.<br>LOUIS DEJOY,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br>(Western Area),<br><br>Defendant. | ) Civil Action Case No.<br>)<br>) **2:23-cv-00397-MMD-EJY**<br>)<br>)<br>) COMPLAINT (ERRATA)<br>)<br>)<br>) Date:  July 28, 2023<br>)<br>) |

COMES NOW, ESTELL L. THOMAS, Plaintiff, *In Pro Se*, hereinafter ("Plaintiff"), having timely filed a COMPLAINT against the Defendant on March 13, 2023, does hereby correct a typographical error contained in said COMPLAINT.

On Page 1, beginning on Line 15 of the COMPLAINT, it states that I "received a 'Right to Sue' letter on December **21**, 2022 in Agency Appeal No. 4E-890-0019-18 and (EEOC) Appeal No. 2021001289." (emphasis added).  However, the actual date the "Right to Sue" letter was received was December **12**, 2022.  The numbers were simply transposed.

Please replace the "**21**" on Page 1, Line 15 of the COMPLAINAT with "**12**."

RESPECTFULLY SUBMITTED this _____28th_____ day of July, 2023.

*Estell L. Thomas*
_____
Estell L. Thomas, In Proper Person

Page **1** of **2**

1

## CERTIFICATE OF SERVICE

2      I hereby certify that the attached document entitled, **"COMPLAINT (ERRATA)"** was sent

3   as indicated this day to each of the following:

4

5

6   Via Email to:                                lv_public_docketing@nvd.uscourts.gov

7                                                U.S. District Court Office of the Clerk
                                                 333 Las Vegas Boulevard South, Room 1334
8                                                Las Vegas, Nevada   89101

9

10  Via Email to:                                virginia.tomova@usdoj.gov

11                                               Virginia T. Tomova
                                                 Assistant United States Attorney
12                                               District of Nevada
                                                 501 Las Vegas Blvd South, Suite 1100
13                                               Las Vegas, Nevada   89101

14

15

16   _07/28/2023_                               _Estell L. Thomas_
     Date                                        Estell L. Thomas,
17                                               Plaintiff, In Proper Person

18

19

20

21

22

23

24

25