UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (Western Area),<br><br>Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Federal Defendant's Motion to Stay Discovery (ECF No. 27) that was filed on September 6, 2023. The due date for the response to the Motion to Stay was September 20, 2023. On September 20, 2023 Plaintiff filed a non-opposition to Defendant's Motion. ECF No. 32.

Accordingly, IT IS HEREBY ORDERED that the Federal Defendant's Motion to Stay Discovery (ECF No. 27) is GRANTED.

IT IS FURTHER Ordered that the parties **must** file a status report no later than **fourteen (14) days** after the Court issues its decision on the pending Motion to Dismiss advising what claims survive. The Report **must** also include a proposed discovery plan and scheduling order as it relates to those claims.

Dated this 21st day of September, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1