UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (Western Area),<br><br>　　　　Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Federal Defendant's Motion to Extend the Time to File a Response to Plaintiff's Motions for Reconsideration and Certification of an Interlocutor Order. ECF No. 51. Specifically, defense counsel seeks a 30 day extension, to July 8, 2024, to respond to Plaintiff's Motions because of her heavy workload. *Id*. Plaintiff opposes the extension complaining that Defendant has delayed this action without good reason.

The Court finds there has been substantial delay in this matter, which commenced in March 2023. ECF No. 1. Nonetheless, the Court sympathizes with Defendant's workload, but also agrees that Plaintiff has a legitimate interest in moving this case forward at a reasonable pace. Upon consideration, the Court grants Defendant's request. However, this does not portend additional extensions of time to respond to each of Plaintiff's filing will be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Extend the Time to File a Response to Plaintiff's Motions for Reconsideration and Certification of an Interlocutor Order (ECF No. 51) is GRANTED.

IT IS FURTHER ORDERED that Defendant's responses to Plaintiff's Motion for Reconsideration and Motion for Interlocutor Order are due **July 8, 2024**. No additional extensions of time for Defendant's responses will be granted absent a showing of some unforeseen intervening circumstance.

Dated this 13th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE