UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (Western Area),<br><br>Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Federal Defendant's Motion to Extend the Time to File a Response to Plaintiff's Amended Complaint. ECF No. 54. The docket reflects Plaintiff filed her Amended Complaint on May 30, 2024, establishing a June 18, 2024 response deadline. Defendant seeks a 45 day extension to August 2, 2024 to file a response. Defendant says Plaintiff's Amended Complaint is long and the United States Postmaster needs additional time to properly evaluate and answer the pleading. After arguing merits of the defense, which demonstrates Defendant's full familiarity with this dispute thereby undermining the claimed need for an extension of time, Defendant says there is good cause for the extension.

Plaintiff opposes Defendant's extension. ECF No. 56. Plaintiff complains about Defendant's failure to contact her through telephone rather than email (a problem Defendant appears to have corrected), and that this case has been pending since March of 2023 (ECF No. 1) rendering the extension request in bad faith. Plaintiff points to the numerous extensions Defendant previously requested, some of which were granted, and argues good cause has not been shown.

A finding of bad faith is not supported here. Nonetheless, the Court agrees that the docket does not support a finding of diligence, and Defendant's instant Motion fails to provide a good reason for the additional extension request. Defendant is obviously familiar with the facts and history of this case. Still, given today's date, a short extension is granted to allow Defendant reasonable time to prepare its response.

Accordingly, IT IS HEREBY ORDERED that Defendant's request for a 45 day extension of time to respond to Plaintiff's Amended Complaint (ECF No. 54) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendant's response to Plaintiff's Amended Complaint is due **July 15, 2024**.  No further extensions will be granted absent a showing of some unforeseen intervening circumstance.

Dated this 14th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE