UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (Western Area),<br><br>  Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Federal Defendant's Motion to Extend Time to File Response to Plaintiff's Cross Motion for Sanctions. ECF No. 87. The Court reviewed the Motion, the Response (ECF No. 90), and the Reply (ECF No. 91). The Court also reviewed the history of this case and its Orders regarding delay, which Plaintiff repeats in her Response. The Court understands that previous requests for extensions were not well supported. The current request is to the contrary. Counsel for Defendant explains in detail the tremendous workload assigned and the time frame for completing that workload. Further, the request pertains to Plaintiff's Motion for Sanctions, which raises serious issues the Court must consider that portends a serious and thorough response from Defendant. Under the circumstances presented, the Court finds good cause for the extension as required under Fed. R. Civ. P. 6(b) and Local Rule IA 6-1(a).

Accordingly, IT IS HEREBY ORDERED that Federal Defendant's Motion to Extend Time to File Response to Plaintiff's Cross Motion for Sanctions (ECF No. 87) is GRANTED.

IT IS FURTHER ORDERED that the response to Plaintiff's Motion for Sanctions is due **Monday, December 30, 2024**.

IT IS FURTHER ORDERED that the due date for Plaintiff's Reply is extended to **January 13, 2025**.

Dated this 7th day of November, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE