UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTELL L. THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (Western Area),<br><br>　　　　Defendant. | Case No. 2:23-cv-00397-MMD-EJY<br><br>**ORDER** |

Pending before the Court is *pro se* Plaintiff's Motion for Leave to File a Second Amended Complaint. ECF No. 100. The Motion and proposed Second Amended Complaint were drafted by Plaintiff's ghost writer, Ronald L. Green, who the Court found was engaged in the unauthorized practice of law. ECF No. 106. The Court made clear that filings by Mr. Green are not appropriately considered by the Court. *Id*. For this reason, Plaintiff's proposed Second Amended Complaint is not properly considered. Plaintiff is free to retain counsel who may file a motion for leave to file a second amended complaint or she may do so without counsel. However, ECF No. 100-1, which was drafted by Mr. Green, cannot be permitted to proceed as this would be an act by the Court condoning the unauthorized practice of law. Plaintiff should note that even in the absence of a second amended complaint her case is currently proceeding on two claims stated in her First Amended Complaint. The claims on which Plaintiff's case is proceeding, such that she may conduct discovery and seek damages, include her disparate treatment disability discrimination claim and her claim alleging harassment. *See* ECF No. 93.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File a Second Amended Complaint (ECF No. 100) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff is granted through and including **March 14, 2025** to refile her motion either by preparing and drafting the motion and amended complaint herself or through counsel. Plaintiff is advised that if she chooses to file a renewed motion for leave to file a

1

second amended complaint the proposed second amended complaint must be attached and **must** include (allege) **all facts and all claims** Plaintiff seeks to assert including those that are presently allowed to proceed. Plaintiff cannot rely on her First Amended Complaint as once a Second Amended Complaint is filed it supersedes (nullifies) her First Amended Complaint.

Dated this 18th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE